# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT PIERCE, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00965-LJO-SAB<br><br>ORDER STRIKING PROOF OF SERVICE OF SUMMONS<br><br>(ECF No. 10) |

On July 18, 2014, Plaintiff returned a proof of service of summons for Vittorio Di Cicco. (ECF No. 10.) On July 23, 2014, Plaintiff filed a notice of errata requesting that the proof of service of summons be stricken. (ECF No. 13.) Based on Plaintiff's notice of errata, the proof of service for Vittorio Di Cicco filed July 18, 2014 is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   **July 24, 2014**

UNITED STATES MAGISTRATE JUDGE

1