# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No.  1:14-cv-00965-LJO-SAB |
| Plaintiff, | ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| ROBERT PIERCE, et al., | |
| Defendants. | |

On September 26, 2014, Plaintiff filed a notice of settlement of this action.  Due to the notice of settlement,

IT IS HEREBY ORDERED that:

1.    All future dates are vacated; and

2.    The parties shall file dispositive documents on or before October 24, 2014.

IT IS SO ORDERED.

Dated:    **September 29, 2014**

UNITED STATES MAGISTRATE JUDGE

1