Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT PIERCE dba SANDY'S COUNTRY JUNCTION, et al.,<br><br>  Defendants. | No.  1:14-cv-00965-LJO-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants
2  Robert Pierce dba Sandy's Country Junction; Elaine Pierce dba Sandy's Country Junction;
3  Robert & Elaine Pierce, Inc., dba Sandy's Country Junction; Vittorio Di Cicco; and Sandra Di
4  Cicco, the parties to this action, by and through their respective counsel, that pursuant to
5  Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with
6  prejudice in its entirety.

8  Date: October 15, 2014                    MOORE LAW FIRM, P.C.

10                                           */s/ Tanya E. Moore*
                                             Tanya E. Moore
11                                           Attorneys for Plaintiff,
                                             Ronald Moore

13                                           COLEMAN & HOROWITT, LLP

15                                           */s/ Keith M. White*
                                             Keith M. White
16                                           Attorneys for Defendants,
                                             Robert Pierce dba Sandy's Country Junction;
17                                           Elaine Pierce dba Sandy's Country Junction; and
                                             Robert & Elaine Pierce, Inc. dba Sandy's Country
18                                           Junction

19                                           LAW OFFICE OF LANCE E. ARMO

21                                           */s/ Lance E. Armo*
22                                           Lance E. Armo
                                             Attorneys for Defendant,
23                                           Sandra DiCicco

24                                           PASCUZZI, PASCUZZI & STOKER

26                                           */s/ Steven R. Stoker*
                                             Steven R. Stoker
27                                           Attorneys for Defendant,
28                                           Vittorio DiCicco

STIPULATION FOR DISMISSAL OF ACTION; ORDER

Page 2

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **October 15, 2014**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE